```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID A. PETERSEN
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. 2:11-CR-00443-KJN
                                  )
12             Plaintiff,         )  ORDER VACATING TRIAL CONFIRMATION
                                  )  HEARING, VACATING JURY TRIAL,
13        v.                      )  SETTING A CHANGE OF PLEA, and
                                  )  EXCLUDING TIME UNDER LOCAL CODES
14  TOMMIE JOHN WOODS, III, AND   )  T4 AND I
    KIMBERLY TISHAN TIMMONS,      )
15                                )  Date:   July 18, 2012
               Defendant.         )  Time:   9:00 a.m.
16  _____)  Judge:  Hon. Kendall J. Newman
```

17      It is hereby ordered that the Trial Confirmation Hearing set for
18  July 18, 2012, be vacated, that the Jury Trial set for August 20, 2012,
19  be vacated, and that a Change of Plea be set for August 22, 2012, at
20  9:00 a.m.  Time is excluded from today's date through August 22, 2012,
21  under Local Code T4 to allow adequate time for defense preparation, and
22  Local Code I for consideration of pre-trial diversion.  The Court finds
23  that the ends of justice served by granting this continuance outweigh
24  the best interests of the public and the defendant in a speedy trial.
25      IT IS SO ORDERED.
26  Dated: July 12, 2012

                                            _____
                                            KENDALL J. NEWMAN
28                                          UNITED STATES MAGISTRATE JUDGE