```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID A. PETERSEN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00443-KJN |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE, and EXCLUDING TIME UNDER LOCAL CODES T4 AND I |
| v. | |
| TOMMIE JOHN WOODS, III, AND KIMBERLY TISHAN TIMMONS, | Date:  August 22, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | |

It is hereby ordered that a Status Conference be set for Defendant Tommie John Woods, III, on September 5, 2012, at 9:00 a.m. Time is excluded from today's date through September 5, 2012, under Local Code T4 to allow adequate time for defense preparation, and Local Code I for consideration of deferred prosecution.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE