BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00443-KJN |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CHANGE OF PLEA, |
| | ) | and EXCLUDING TIME UNDER LOCAL |
| v. | ) | CODE T4 |
| | ) | |
| TOMMIE JOHN WOODS, III, AND | ) | Date:     August 22, 2012 |
| KIMBERLY TISHAN TIMMONS, | ) | Time:     9:00 a.m. |
| | ) | Judge:    Hon. Kendall J. Newman |
| Defendant. | ) | |

It is hereby ordered that the Change of Plea SCHEDULED FOR August 22, 2012, be continued to September 12, 2012, at 9:00 a.m. Time is excluded from today's date through September 12, 2012, under Local Code T4 to allow adequate time for defense preparation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: August 21, 2012


KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE