BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00443-KJN |
| Plaintiff, | ) | ORDER DISMISSING WITHOUT PREJUDICE COUNT ONE ONLY AS TO TOMMIE JOHN WOODS, III |
| v. | ) | |
| TOMMIE JOHN WOODS, III, AND KIMBERLY TISHAN TIMMONS, | ) | Date: September 5, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |
| Defendant. | ) | |

It is hereby ordered that count one of the information in case number 2:11-CR-00443, is dismissed without prejudice only as to Tommie John Woods, III.

IT IS SO ORDERED.

Dated: August 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE