1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA A. KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  KIMBERLY TISHAN TIMMONS

8

9                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,      )  2:11-CR-00443-KJN
                                   )
12             Plaintiff,          )
                                   )  STIPULATION AND ORDER TO VACATE
13      v.                         )  THE CHANGE OF PLEA AND SET FOR A
                                   )  STATUS HEARING
14  KIMBERLY TISHAN TIMMONS,       )
                                   )
15             Defendant.          )  Date:  November 21, 2012
                                   )  Time:  9:00 a.m.
16  _____)  Judge: Hon. Kendall J. Newman

17       The United States Attorney through his respective counsel,

18  JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA

19  C. HARTER, Attorney for KIMBERLY TISHAN TIMMONS, and Certified Student

20  Attorney, REBECCA A. KELLY, hereby stipulate to vacate the change of

21  plea hearing set for September 12, 2012 at 9:00 a.m. and set for a

22  status hearing on November 21, 2012 at 9:00 a.m.

23       Defense counsel needs additional time to prepare as REBECCA A.

24  KELLY was recently assigned to the case.  Due to attorneys leaving

25  their positions with the Office of the Federal Defender and the United

26  States Attorney's Office, this case has been assigned to three U.S.

27  Attorneys and two certified law students.  The co-defendant's case

1   recently resolved with an agreement for deferred entry of judgment.

2   Defense counsel would like additional time to come to a resolution for

3   Ms. Timmons and additional time is needed to investigate mitigation

4   issues regarding this resolution.

5        Time is to be excluded from September 12, 2012 through November

6   21, 2012 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv)

7   (Local Code T4) as the ends of justice served by granting the

8   continuance outweigh the best interests of the public and the defendant

9   in a speedy trial.

10       Accordingly, the parties jointly request that a status hearing be

11  scheduled for November 21, 2012 at 9:00am before Magistrate Judge

12  Kendall J. Newman.

13  Dated: September 11, 2012          Respectfully submitted,

14

15                                     DANIEL BRODERICK
                                       Federal Defender
16

17                                     /s/ Linda C. Harter
                                       LINDA C. HARTER
18                                     Chief Assistant Federal Defender
                                       Attorney for KIMBERLY TISHAN TIMMONS
19
                                       /s/ Rebecca A. Kelly
20                                     REBECCA A. KELLY
                                       Certified Student Attorney
21

22  Dated: September 11, 2012          BENJAMIN B. WAGNER
                                       United States Attorney
23

24                                     /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
25                                     Special Assistant U.S. Attorney

26

27

1  <u>O R D E R</u>

2  **IT IS SO ORDERED.**

3  DATED:    September 11, 2012

4

5

6

7  _____
   KENDALL J. NEWMAN

8  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27