```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. 2:11-CR-00443-KJN
                                 )
12            Plaintiff,         ) STIPULATION TO CONTINUE STATUS
                                 ) CONFERENCE AND EXCLUDE TIME UNDER
13       v.                      ) LOCAL CODE T4
                                 )
14  KIMBERLY TISHAN TIMMONS,     ) Date:     January 29, 2013
                                 ) Time:     9:00 a.m.
15            Defendant.         ) Judge:    Hon. Kendall J. Newman
    _____)
16                               )
```

17     The United States Attorney through its respective counsel, Jeffrey
18  A. Spivak, Special Assistant United States Attorney, and Defendant,
19  KIMBERLY TISHAN TIMMONS, through her respective counsel, Linda Harter,
20  hereby stipulate and request to continue the Status Conference from
21  January 29, 2013 at 9:00 am to March 27, 2013, at 9:00 a.m.

22     The United States has sent Defendant a draft deferred prosecution
23  agreement to resolve this case.  Defendant has agreed to enter into a
24  deferred prosecution agreement.  The United States and Defendant need
25  additional time to gather additional information in order to finalize
26  the agreement.
27  //
28  //

Accordingly, the parties jointly request to exclude time under Local Code T4, from today's date until the status conference on March 27, 2013, with a finding that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

DATED: January 29, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

DATED: January 29, 2013

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
(authorized by phone on 1/29/2013)

O R D E R

IT IS SO ORDERED:

DATED: January 30, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE