BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-00443-KJN |
| ) | |
| Plaintiff, ) | ORDER DISMISSING WITHOUT |
| ) | PREJUDICE COUNT ONE AS TO |
| v. ) | KIMBERLY TISHAN TIMMONS |
| ) | |
| KIMBERLY TISHAN TIMMONS, ) | Date: March 27, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Kendall J. Newman |
| _____ ) | |

It is hereby ordered that count one of the information in case number 2:11-CR-00443, is dismissed without prejudice as to Kimberly Tishan Timmons.

IT IS SO ORDERED.

Dated: March 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE